UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RAMIREZ OLASCUASA,<br>Petitioner,<br>v.<br>WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-3923-KK-PD<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**<br>**A# 095-009-552** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted.

The Court ORDERS the following:

Respondents shall release Petitioner Miguel Ramirez Olascuasa (A# 095-009-552) from immigration custody within 24 hours of this Order on the same conditions of release that existed before his detention.

Respondents shall return to Petitioner any of Petitioner's personal belongings that were seized from him, including all identification, work authorization, or other official documents.

Further, Respondents shall file a status report within three days of this Order (1) confirming Petitioner's release, and (2) confirming the return to Petitioner of his personal belongings, including the above-listed items.

DATED: November 10, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE