JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RAMIREZ OLASCUASA,<br>Petitioner,<br>v.<br>WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-3923-KK-PD<br>**JUDGMENT**<br>**A# 095-009-552** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted.

The Clerk of the Court is directed to Close this case.

DATED: November 10, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE